31,418-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

May 31, 2015

Attn: Clerk of Court
    Abel Acosta
    P.o. Box 12308
    Austin, Tx. 78711

RE: Prather, Jesse Kenneth
    CCA NO: WR-31,418-06   Trial CT. NO: 1034927-B

    Please be Advised that on the 27th day of April, 2015
your division Advised Applicant the courts received And
presented my 11.07 in the Above caption matters.
    Prather, is respectfully requesting the clerk of
said courts to provide me with a status update on the
pending writ of 11.07 "Has there been a ruling by the
courts?"

    Thank you very much for your Assistance.

Respectfully
Jesse K Prather
No: 1343046
Hughes Unit
RT. 2 Box 4400
Gatesville, Tx. 76597